

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2020

No. 04-19-00878-CR

Thomas Robert **GILCHRIST**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2017-04-13013-CR
Honorable H. Paul Canales, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on May 6, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2020.

_____
Michael A. Cruz, Clerk of Court